# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YEURY J. S., | : | |
| Petitioner, | : | Civ. No. 20-5071 (KM) |
| v. | : | |
| THOMAS DECKER, *et al.*, | : | **ORDER** |
| Respondents. | : | |

Petitioner, Yeury J. S.,[1] is an immigration detainee currently held at Hudson County Correctional Facility, in Kearny, New Jersey. He has filed a Petition for a Writ of Habeas Corpus pursuant 28 U.S.C. § 2241. (DE 1.) This Court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), and determined that dismissal without receiving an answer and the underlying record is not warranted.

Accordingly, IT IS this 24th day of April 2020

ORDERED that the Clerk shall serve copies of the petition (DE 1) and this order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the petition (DE 1) and this order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

---

[1] Consistent with guidance regarding privacy concerns in social security and immigration cases by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Petitioner is identified herein only by his first name and last initial.

2

ORDERED that, within two (2) days of the entry of this order, Respondents shall file and serve an answer that (1) responds to the allegations and grounds in the petition and (2) includes all affirmative defenses Respondents seek to invoke; and it is further

ORDERED that Respondents shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claim(s) and affirmative defenses; and it is further

ORDERED that within two (2) days of receiving Respondents' answer, Petitioner may file a reply within two (2) days; and it is further

ORDERED that within seven (7) days of Petitioner's release, by parole or otherwise, as well as any change in the basis for Petitioner's immigration detention, Respondents shall electronically file a written notice of the same with the Clerk.

/s/ Kevin McNulty
_____
KEVIN MCNULTY
United States District Judge