**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| YEURY J. S. | : | |
| Petitioner, | : | Civ. No. 20-5071 (KM) |
| v. | : | |
| THOMAS DECKER, *et al.*, | : | **ORDER** |
| Respondents. | : | |

Presently before the Court is Petitioner Yeury J. S.'s[1] petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (DE 1.) For the reasons detailed in the accompanying Opinion, and for good cause shown,

IT IS this 11th day of May, 2020

ORDERED that the petition (DE 1) is GRANTED insofar as a preliminary injunction shall be issued; and it is further

ORDERED that Petitioner is to be released subject to the following specific conditions; and it is further

ORDERED that Immigration and Customs Enforcement ("ICE") has 24 hours to process this Court's order and release Petitioner to the address provided by Petitioner's counsel; and it is further

ORDERED that Petitioner shall be restricted to home confinement, but may leave his home for activities such as obtaining food and other necessities; obtaining medical and mental health treatment; and to the extent Petitioner may be authorized to lawfully work in the United States, to

---

[1] Consistent with guidance regarding privacy concerns in social security and immigration cases by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Petitioner is identified herein only by his first name and last initial.

perform such work if his employment is deemed essential under the New Jersey and New York Governors' executive orders; or with permission of the Court or ICE; and it is further

ORDERED that Petitioner shall submit to ATD electronic bracelet monitoring, as well as telephonic monitoring as required by ICE; and it is further

ORDERED that ICE may place standard release conditions upon Petitioner, such as directing him not to commit any crimes, to report to all court hearings, and to refrain from associating with any gang members; and it is further

ORDERED that Petitioner comply with any court orders and attend all court dates; and it is further

ORDERED that Petitioner comply with all national, state, and local shelter-in-place and public safety orders, and CDC guidelines regarding COVID-19; and it is further

ORDERED that the preliminary injunction shall remain in effect until July 3, 2020; and it is further

ORDERED that the Court shall conduct a telephonic status conference on July 1, 2020 at 9:00 a.m. to determine whether an extension of the preliminary injunction is warranted; and it is further

ORDERED that, if modification of the above conditions of release are sought, counsel shall attempt to agree, but if unable to do so, the party seeking modification shall submit a letter application, and opposing counsel shall submit their response within two days thereafter.

/s/ Kevin McNulty
_____
KEVIN MCNULTY
United States District Judge